# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § 4:08-CR-44(1)(MAC-DDB) |
| | § |
| MARIO ALBERTO RAYMUNDO | § |

## MEMORANDUM ORDER

The court referred a petition alleging violation of supervised release conditions to United States Magistrate Judge Chad Everingham, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Amended Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, defendant, defense counsel and counsel for the government, each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended therein, and defendant waived his right to be present with counsel and to speak at sentencing.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and defendant's supervised release is **REVOKED**. Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations. It is further

**REQUESTED** that the Bureau of Prisons place the defendant in its Seagoville, Texas, facility during the period of his confinement

SIGNED at Sherman, Texas, this 23rd day of September, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE